June 4, 2007

<u>Via: ECF & Regular Mail</u>

United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312
Attn.: Clerk of the Court

    Re: USA v. Jose Roberto Zumaya aka "Rocky"
      Docket No.: 1:07-mj-00643

Dear Sir/Madam:

  Please be advised that this office has been retained to represent the above named defendant.

  Kindly note my appearance in this matter.

  Thank you for your attention.

           Very truly yours,

           ADDABBO & GREENBERG

           <u>s/Todd D. Greenberg, Esq.</u>

TDG:id